Randi F. Knepper, Esq.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Defendant
Metropolitan Life Insurance Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILU SANTIAGO,<br><br>                Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Defendant. | Civil Action No. 1:23-cv-10198-JHR-KHP |

### CIVIL ACTION – CONSENT ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having been opened to the Court upon the joint application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant Metropolitan Life Insurance Company, and The Law Firm of Chicago-Kent College of Law, attorneys for Plaintiff Marilu Santiago, and the Court having been apprised that the parties hereto have reached a full and final resolution and settlement of this civil action and having been further apprised that the parties desire to dismiss with prejudice and this civil action, and for good cause having existed for the entry of the within Order;

**IT IS ON THIS** ___30th___ day of ___January___, 2024;

**ORDERED** that this civil action be and the same hereby is dismissed with prejudice and without attorneys' fees or costs assigned to either party.

*Jennifer H. Rearden*
Hon. Jennifer H. Rearden, U.S.D.J.
New York, NY
Date: January 30, 2024

The undersigned hereby consent to the form, content and entry of the within Order of Dismissal.

| | |
|---|---|
| THE LAW FIRM OF CHICAGO-KENT COLLEGE OF LAW<br>Attorney for Plaintiff<br>Marilu Santiago | McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>Attorney for Defendant<br>Metropolitan Life Insurance Company |
| By:  */s/ William Reynolds*<br>     William T. Reynolds, Esq. | By:  */s/ Randi F. Knepper*<br>     Randi F. Knepper, Esq. |

Dated: